| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| WILLIE JAVON THOMAS, | § |
| Plaintiff, | § |
| *versus* | § CIVIL ACTION NO. 1:18-CV-624 |
| SAM ABAYOMI, ET AL, | § |
| Defendants. | § |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Willie Javon Thomas, an inmate confined at the Stiles Unit in Beaumont, Texas, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Sam Abayomi and Latroya Bell.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendant's motion for summary judgment be granted with respect to plaintiff's claims against her based on her position as a supervisor. However, the Magistrate Judge recommends the defendant's motion be denied with respect to plaintiff's claims of deliberate indifference to his serious medical needs.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Defendant Bell filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the defendant's objections are without merit.

The defendant objects that the Magistrate Judge considered plaintiff's untimely response to the motion for summary judgment; however, the court has discretion to consider plaintiff's response. Further, genuine issues of material fact exist preventing summary judgment regarding

the defendant's alleged deliberate indifference to plaintiff's serious medical needs. Plaintiff alleges he suffered extreme pain and discomfort from the injury to his head for approximately eight hours before being prescribed acetaminophen which reduced "some of the excruciating pain and inflamation." As there are genuine issues of material fact as to the defendant's knowledge of plaintiff's injuries and awareness of the severity of his injuries, summary judgment is not appropriate.

## O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is

**ORDERED** that defendant Bell's motion for summary judgement is **GRANTED** as to any claim against her in her capacity as a supervisor. It is further

**ORDERED** that defendant Bell's motion for summary judgment is **DENIED** as to plaintiff's claim of deliberate indifference to his serious medical needs.

SIGNED at Beaumont, Texas, this 10th day of September, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE