| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| WILLIE JAVON THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:18-CV-624 |
| § | |
| SAM ABAYOMI, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Willie Javon Thomas, an inmate confined at the Coffield Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Sam Abayomi and Latroya Bell.

### Discussion

A final judgment was entered on February 14, 2022, dismissing the above-styled action following a jury verdict and partial summary judgment on behalf of defendant Latroya Bell. Plaintiff has filed a Motion for Judgment of Perjury (#111), Plaintiff's Challenge to All Legal and Procedural Short Comings (#112), and Motion for Leave to File Objection (#113). Liberally interpreted, plaintiff's motions are construed as motions to alter or amend judgment. This memorandum considers such motions.

### Analysis

FED. R. CIV. P. 59 provides in pertinent part the following:

(a)(1) *Grounds for New Trial*. The court may, on motion, grant a new trial on all or some of the issues - and to any party - as follows:

(A) after a jury trial, for any of reason for which a new trial has heretofore been granted in an action at law in federal court; or

(B) after a non jury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.

(2) *Further Action After a Nonjury Trial*. After a nonjury trial the court may, on motion for a new trial, open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment.

(e) Motion to Alter or Amend Judgment. A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.

After careful consideration of plaintiff's motions, the court is of the opinion that plaintiff's motions fail to set forth a meritorious ground warranting relief from the judgment. Plaintiff has provided no factual basis in support of his conclusory allegations.

## ORDER

For the reasons set forth above, plaintiff's motions to alter or amend judgment should be denied. It is therefore,

**ORDERED** that plaintiff's motions to alter or amend judgment are **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of May, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE